IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 7:14-CV-00021-FL

UNITED STATES OF AMERICA

    vs.

DAHMASH'S PERSONAL PROPERTY, ET AL

    Defendant.

**ORDER**

FOR GOOD CAUSE SHOWN, the notice (and motion of counsel for the defendants) is ALLOWED and GRANTED and the time period for the disposition of the case is hereby stayed until January 2, 2015.

ENTERED at Chambers this the __22nd__ day of December, 2014.

_____
THE HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE